

LAW OFFICES OF
RICHARD J. DIAZ, P.A.

P: 305.444.7181   |   F: 305.444.8178
3127 PONCE DE LEON BLVD.
CORAL GABLES, FL 33134

November 15, 2019

Mayor Carlos Gimenez
Miami Dade County
111 NW 1st Street, 29th Floor
Miami, FL 33128

Abigail Price-Williams
Miami Dade County Attorney
111 NW 1st Street, #2810
Miami, FL  33128

Pedro Taylor
Florida City Chief of Police
404 W. Palm Drive
Florida City, FL 33034

Jimmy Patronis, Chief Financial Advisor
Florida Dept. of Financial Services
200 E. Gaines Street
Tallahassee, FL 32399

RE:   Juvan Leroy Simon
      DOB: Miami, FL on 3/29/1995
      Miami State Attorney File #62/18/05/30/12

This letter is sent pursuant to F.S. §768.28.

I represent Juvan Leroy Simon who was fatally shot by Florida City Detective Franz Hardy (#16-0536) on May 30, 2018 in his home located at 1406 NW 2nd Avenue, #4, Florida City, FL 33034.

Please accept this letter as a pre-suit notice of our intent to file suit against Miami Dade County for excessive use of force resulting in the untimely death of Mr. Simon.  As a result of this unlawful and constitutional behavior, my client lost his life and his family has suffered extreme mental pain and suffering.

Unless the County settles this claim within the next six (6) months, suit will follow.

Very truly yours,

Richard Diaz