# Officer's Combined Administrative Records
Includes The Division And Rank At The Time Of Incident

**Officer:** Hardy, Frantz   **ID No:** 0536   **Active Status**
**Rank:** Detective   **Division:** Investigations

## Complaints

| Date | No. | Involving | Description | Results |
|---|---|---|---|---|
| 11/22/2019 | 19-2019 18 | Joe Pressley | Dept. Misconduct / Conduct Unbecoming | Closed |
| | | | Rank: Detective | Division: Investigations |
| 12/13/2018 | 19-2019 01 | Carmen, Tejeda | Dept. Misconduct / Conduct Unbecoming | Closed |
| | | | Rank: Detective | Division: Investigations |
| 11/29/2018 | 18-2018 19 | KELVIN ARTUBEL | False Arrest / Harassment | Closed |
| | | | Rank: Officer | Division: Investigations |
| 05/10/2018 | 18-2018 11 | KEYNO, DEAN | Dept. Misconduct / Improper Arrest | Not Sustained |
| | | | Rank: Officer | Division: Patrol |
| 05/30/2018 | 18-2018 10 | City of Florida City PD | Shooting | Closed |
| | | | Rank: Officer | Division: Patrol |
| 05/15/2018 | 18-2018 08 | Glenn, Green | Dept. Misconduct / Conduct Unbecoming | File Only |
| | | | Rank: Officer | Division: Patrol |
| 05/15/2018 | 18-2018 07 | James, Morman | Dept. Misconduct / Conduct Unbecoming | File Only |
| | | | Rank: Officer | Division: Patrol |
| 06/26/2017 | 17-2017 13 | Unknown | Dept. Misconduct / Discourtesy | Unfounded |
| | | | Rank: Officer | Division: Patrol |
| 01/30/2016 | 16-2016 04 | Gwendolyn Brown | Dept. Misconduct / Dept. Policy Violation | File Only |
| | | | Rank: Officer | Division: Patrol |
| 09/16/2015 | 15-2015 32 | Administrative Review | Dept. Misconduct / Dept. Policy Violation | Not Sustained |
| | | | Rank: Officer | Division: Patrol |
| 09/07/2015 | 15-2015 24 | Danielle Bright | Dept. Misconduct / Dept. Policy Violation | Closed |
| | | | Rank: Officer | Division: Patrol |
| 09/07/2015 | 15-2015 23 | Johnathan Curley | Dept. Misconduct / Improper Procedure | Closed |
| | | | Rank: Officer | Division: Patrol |
| 12/02/2014 | 14-2014 42 | Wallace Hodge | Dept. Misconduct / Dept. Policy Violation | File Only |
| | | | Rank: Officer | Division: Patrol |

## Documents And Events

| Date | No. | Involving | Description | Results |
|---|---|---|---|---|
| 07/19/2019 | 725 | Letter Of Written Counseling | | Police Vehicle Crashes |
| | | | Rank: Detective | Division: Investigations |
| 10/06/2017 | 687 | Letter Of Written Counseling | Accident | Police Vehicle Crashes |
| | | | Rank: Officer | Division: Patrol |

## Use Of Force

| Date | No. | Involving | Description | Results |
|---|---|---|---|---|
| 04/04/2018 | 18-003468 | Arrest Warrant | Taser Used On Subject | Arrested |
| | | | Rank: Officer | Division: Patrol |
| 01/21/2017 | 17-000866 | Resist W Vio | Take Down | Arrested |
| | | | Rank: Officer | Division: Patrol |

# Officer's Combined Administrative Records
Includes The Division And Rank At The Time Of Incident

| Officer: | Hardy, Frantz | ID No: | 0536 | Active |
|---|---|---|---|---|
| Rank: | Detective | Division: | Investigations | Status |

## Accidents

| Date | No. | Involving | Description | Results |
|---|---|---|---|---|
| 07/15/2019 | 19-0000006 | While: Straight Ahead | Collided With: One Other Vehicle | Preventable |
| | | | Rank: Detective | Division: Investigations |
| 09/01/2017 | 17-0000006 | While: Changing Lanes | Collided With: One Other Vehicle | Preventable |
| | | | Rank: Officer | Division: Detective Bureau |
| 11/14/2017 | 17-0000004 | While: Been pushed by other car | Collided With: One Other Vehicle | Non-Preventable |
| | | | Rank: Officer | Division: Detective Bureau |
| 11/01/2016 | 16-0000007 | While: Parked | Collided With: Nothing | Non-Preventable |
| | | | Rank: Officer | Division: Patrol |

## Awards

| Date | No. | Involving | Description | Results |
|---|---|---|---|---|
| 04/27/2020 | 586 | Letter Of Commendation | Outstanding Teamwork | From: Hunsberger, D |
| | | | Rank: Detective | Division: Investigations |
| 10/29/2018 | 566 | Letter Of Commendation | Unit Citation | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 11/08/2018 | 551 | Letter Of Commendation | Excellent Work | From: Department |
| | | | Rank: Officer | Division: Investigations |
| 07/23/2018 | 546 | Letter Of Commendation | Work Perfomance | From: Department |
| | | | Rank: Officer | Division: Patrol |
| 10/12/2017 | 542 | Letter Of Commendation | Work Ethics | From: Department |
| | | | Rank: Officer | Division: Patrol |
| 11/21/2015 | 521 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Officer | Division: Patrol |
| 06/18/2015 | 447 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Officer | Division: Patrol |