# Officer's Combined Administrative Records
Includes The Division And Rank At The Time Of Incident

| Officer: | Leza, Auris | ID No: | 0509 | Active |
| --- | --- | --- | --- | --- |
| Rank: | Detective | Division: | Investigations | Status |

## Accidents

| Date | No. | Involving | Description | Results |
| --- | --- | --- | --- | --- |
| 08/29/2019 | 19-0000008 | While: Stopped | Collided With: One Other Vehicle | Non-Preventable |
| | | | Rank: Detective | Division: Investigations |
| 05/20/2019 | 19-0000005 | While: Straight Ahead | Collided With: One Other Vehicle | Preventable |
| | | | Rank: Detective | Division: Investigations |
| 02/06/2013 | 13-0000003 | While: Changing Lanes | Collided With: Motor Vehicle | Preventable |
| | | | Rank: Detective | Division: Investigations |
| 01/24/2013 | 13-0000001 | While: Parked | Collided With: Unk | Non-Preventable |
| | | | Rank: Detective | Division: Investigations |
| 06/06/2012 | 12-0000005 | While: Changing Lanes | Collided With: Motor Vehicle | Preventable |
| | | | Rank: Detective | Division: Investigations |
| 03/16/2009 | 09-0000005 | While: Straight Ahead | Collided With: Fire Hydrant | Preventable |
| | | | Rank: Officer | Division: Patrol |

## Awards

| Date | No. | Involving | Description | Results |
| --- | --- | --- | --- | --- |
| 10/29/2018 | 567 | Letter Of Commendation | Unit Citation | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 07/23/2018 | 545 | Letter Of Commendation | Work Perfomance | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 08/20/2013 | 477 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 06/19/2015 | 444 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 04/29/2015 | 435 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 04/22/2015 | 420 | Letter Of Commendation | Work Perfomance | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 04/12/2015 | 412 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 11/19/2010 | 335 | Letter Of Commendation | Work Perfomance | From: Department |
| | | | Rank: Officer | Division: Patrol |
| 05/10/2010 | 328 | Letter Of Commendation | Work Perfomance | From: Department |
| | | | Rank: Officer | Division: Patrol |
| 10/04/2008 | 209 | Letter Of Commendation | Work Perfomance | From: Department |
| | | | Rank: Officer | Division: Patrol |

# Officer's Combined Administrative Records

Includes The Division And Rank At The Time Of Incident

| Officer: | Leza, Auris | | ID No: | 0509 | | Active |
| Rank: | Detective | | Division: | Investigations | | Status |

## Complaints

| Date | No. | Involving | Description | Results |
|---|---|---|---|---|
| 01/22/2011 | 11-2011 2 | Tywone Thompson | Dept. Misconduct / Force Violation | Exonerated |
| | | | Rank: Detective | Division: Patrol |
| 04/13/2009 | 09-2009 5 | Patrick Hopley | Abusive Treatment Physical | Unfounded |
| | | | Rank: Officer | Division: Patrol |
| 05/03/2009 | 09-2009 4 | Roberto Chavez | Abusive Treatment Physical | Exonerated |
| | | | Rank: Officer | Division: Patrol |

## Documents And Events

| Date | No. | Involving | Description | Results |
|---|---|---|---|---|
| 05/23/2019 | 724 | Letter Of Written Counseling | Violation Of Department Policy | Police Vehicle Crashes |
| | | | Rank: Detective | Division: Investigations |
| 02/21/2013 | 534 | Letter Of Reprimand | Preventable Accident | Second Preventable Accident |
| | | | Rank: Detective | Division: Investigations |
| 06/19/2012 | 516 | Letter Of Written Counseling | | Preventable Accident |
| | | | Rank: Detective | Division: Investigations |

## Use Of Force

| Date | No. | Involving | Description | Results |
|---|---|---|---|---|
| 01/22/2011 | 11-000770 | Subject Arrest | Take Down | Medical Treatment/ Arrest |
| | | | Rank: Officer | Division: Patrol |
| 05/03/2009 | 09-004759 | Gang Fight | Taser Used On Subject | Arrested/Lodged |
| | | | Rank: Officer | Division: Patrol |