# Officer's Combined Administrative Records

Includes The Division And Rank At The Time Of Incident

| Officer: | Terry, Marcus | ID No: | 0522 | Active |
| --- | --- | --- | --- | --- |
| Rank: | Detective | Division: | Investigations | Status |

## Accidents

| Date | No. | Involving | Description | Results |
| --- | --- | --- | --- | --- |
| 09/27/2019 | 19-0000009 | While: Straight Ahead | Collided With: One Other Vehicle | Preventable |
| | | | Rank: Detective | Division: Investigations |
| 08/26/2018 | 18-0000004 | While: Stopped | Collided With: One Other Vehicle | Non-Preventable |
| | | | Rank: Detective | Division: Investigations |
| 02/01/2016 | 16-0000001 | While: Straight Ahead | Collided With: Object in Roadway | Pending |
| | | | Rank: Detective | Division: Investigations |
| 01/29/2015 | 15-0000007 | While: Straight Ahead | Collided With: Mailbox | Preventable |
| | | | Rank: Officer | Division: Detective |
| 10/05/2013 | 13-0000012 | While: Straight Ahead | Collided With: Motor Vehicle | Operational |
| | | | Rank: Officer | Division: Patrol |
| 01/01/2010 | 10-0000003 | While: Pursuing Veh | Collided With: Motor Vehicle | Preventable |
| | | | Rank: Officer | Division: Patrol |

# Officer's Combined Administrative Records

Includes The Division And Rank At The Time Of Incident

| Officer: | Terry, Marcus | ID No: | 0522 | Active |
| --- | --- | --- | --- | --- |
| Rank: | Detective | Division: | Investigations | Status |

## Awards

| Date | No. | Involving | Description | Results |
| --- | --- | --- | --- | --- |
| 04/27/2020 | 583 | Letter Of Commendation | Outstanding Teamwork | From: Hunsberger, D |
| | | | Rank: Detective | Division: Investigations |
| 07/11/2019 | 578 | Letter Of Commendation | Excellent Work | From: Hunsberger, D |
| | | | Rank: Detective | Division: Investigations |
| 10/24/2018 | 568 | Letter Of Commendation | Unit Citation | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 10/13/2017 | 543 | Letter Of Commendation | Work Perfomance | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 08/14/2015 | 499 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 03/14/2013 | 474 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 08/20/2013 | 473 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 06/18/2015 | 445 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 04/29/2015 | 436 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 04/29/2015 | 434 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 04/22/2015 | 427 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 04/22/2015 | 426 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Detective | Division: Investigations |
| 04/12/2015 | 416 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Officer | Division: Patrol |
| 02/10/2014 | 393 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Officer | Division: Patrol |
| 02/01/2014 | 384 | Letter Of Commendation | Work Performance | From: Department |
| | | | Rank: Officer | Division: Patrol |
| 08/17/2012 | 375 | Letter Of Commendation | Work Perfomance | From: Department |
| | | | Rank: Officer | Division: Patrol |
| 06/02/2012 | 363 | Letter Of Commendation | Work Perfomance | From: Department |
| | | | Rank: Officer | Division: Patrol |
| 05/10/2010 | 328 | Letter Of Commendation | Work Perfomance | From: Department |
| | | | Rank: Officer | Division: Patrol |
| 04/06/2010 | 322 | Letter Of Commendation | Work Perfomance | From: Department |
| | | | Rank: Officer | Division: Patrol |

# Officer's Combined Administrative Records
Includes The Division And Rank At The Time Of Incident

| Officer: | Terry, Marcus | ID No: | 0522 | Active |
|---|---|---|---|---|
| Rank: | Detective | Division: | Investigations | Status |

## Complaints

| Date | No. | Involving | Description | Results |
|---|---|---|---|---|
| 12/13/2018 | 19-2019 01 | Carmen, Tejeda | Dept. Misconduct / Conduct Unbecoming | Closed |
| | | | Rank: Detective | Division: Investigations |
| 01/22/2016 | 18-2018 04 | HARRIS D ADRIAN | Dept. Misconduct / Conduct Unbecoming | File Only |
| | | | Rank: Detective | Division: Investigations |
| 05/19/2016 | 16-2016 13 | Frankeria Rissing | Dept. Misconduct / Dept. Policy Violation | Unfounded |
| | | | Rank: Detective | Division: Investigations |
| 01/22/2016 | 16-2016 06 | Adrian Harris | Dept. Misconduct / Dept. Policy Violation | Closed |
| | | | Rank: Detective | Division: Investigations |
| 10/20/2015 | 15-2015 31 | Administrative Review | Dept. Misconduct / Dept. Policy Violation | Exonerated |
| | | | Rank: Detective | Division: Investigations |
| 07/07/2015 | 15-2015 21 | DHSMV | Dept. Misconduct / Dept. Policy Violation | Sustained-discipline |
| | | | Rank: Detective | Division: Investigations |
| 09/28/2013 | 13-2013 16 | Khambrel Sanders | Dept. Misconduct / Missing Property | File Only |
| | | | Rank: Officer | Division: Patrol |
| 07/12/2010 | 10-2010 14 | Internal Investigation | Criminal Misconduct / Felony | Unfounded |
| | | | Rank: Officer | Division: Patrol |

## Documents And Events

| Date | No. | Involving | Description | Results |
|---|---|---|---|---|
| 09/30/2019 | 730 | Letter Of Written Counseling | Vehicle Accident | Police Vehicle Crashes |
| | | | Rank: Detective | Division: Investigations |
| 08/27/2015 | 625 | Written Counseling | Violation Of Department Policy | Misuse Computer System |
| | | | Rank: Detective | Division: Investigations |
| 02/02/2015 | 597 | Letter Of Termination | Violation Of Department Policy | Preventable Accident |
| | | | Rank: Officer | Division: Patrol |
| 01/02/2010 | 449 | Letter Of Written Counseling | Vehicle Accident | Preventable Accident |
| | | | Rank: Officer | Division: Patrol |

# Officer's Combined Administrative Records

Includes The Division And Rank At The Time Of Incident

| Officer: | Terry, Marcus | | ID No: | 0522 | Active |
|---|---|---|---|---|---|
| Rank: | Detective | | Division: | Investigations | Status |

## Use Of Force

| Date | No. | Involving | Description | | Results | |
|---|---|---|---|---|---|---|
| 03/15/2017 | 17-002825 | Burglary Arrest | Take Down | | Arrested | |
| | | | | Rank: Detective | Division: Investigations | |
| 07/22/2012 | 12-007588 | Fighting | Taser Used On Subject | | Medical Treatment/ Arrest | |
| | | | | Rank: Officer | Division: Patrol | |
| 01/14/2012 | 12-000475 | Unconscious Person | Take Down | | Medical Treatment/Release | |
| | | | | Rank: Officer | Division: Patrol | |
| 04/20/2011 | 11-003617 | Baker Act | Cuffed Subject | | Backer Act | |
| | | | Taser Used On Subject | | | |
| | | | | Rank: Officer | Division: Patrol | |
| 12/27/2010 | 10-012441 | Special Detail | Cuffed Subject | | Medical Treatment/ Arrest | |
| | | | Take Down | | | |
| | | | | Rank: Officer | Division: Patrol | |
| 01/12/2010 | 10-000359 | Disturbance | Taser Used On Subject | | Medical Treatment/ Arrest | |
| | | | | Rank: Officer | Division: Patrol | |