EXHIBIT F- 3 SURVEILLANCE TAPES