# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 20-cv-22244

LEVY SIMON AND
YOUSELINIE SIMON, et al

          Plaintiff

v.

CITY OF FLORIDA CITY,
FRANTZ HARDY, et al

          Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Aruiz Leza (#0509) Florida City Police Department
404 W. Palm Dr, Florida City, FL 33034

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. Diaz
3127 Ponce de Leon Blvd, Coral Gables, FL 33134

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SUMMONS      6/1/2020
                DATE

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served: _____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

      Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

G    Other (*specify*): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                Date                                 Signature of Server

                                                                               Address of Server

(1)      As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

                         **Print**                          **Reset**