# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 20-cv-22244-JEM

LEVY SIMON AND
YOUSELINIE SIMON, et al

                Plaintiff

v.

CITY OF FLORIDA CITY,
FRANTZ HARDY, et al

                Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Terry Marcus (#0522) Florida City Police Department
404 W. Palm Dr, Florida City, FL 33034

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. Diaz
3127 Ponce de Leon Blvd, Coral Gables, FL 33134

an answer to the complaint which is herewith served upon you, within **21** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SUMMONS        6/3/2020
                              DATE

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 20-cv-22244-JEM

LEVY SIMON AND
YOUSELINIE SIMON, et al

        Plaintiff

v.

CITY OF FLORIDA CITY,
FRANTZ HARDY, et al

        Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

City of Florida City by serving Otis T. Wallace, Mayor of Florida City
404 W. Palm Drive, Florida City, FL 33034

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. Diaz
3127 Ponce de Leon Blvd, Coral Gables, FL 33134

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SUMMONS      6/3/2020
                                          DATE

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 20-cv-22244-JEM

LEVY SIMON AND
YOUSELINIE SIMON, et al

                Plaintiff

v.

CITY OF FLORIDA CITY,
FRANTZ HARDY, et al

                Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Frantz Hardy (#0536) Florida City Police Department
404 W. Palm Dr, Florida City, FL 33034

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. Diaz
3127 Ponce de Leon Blvd, Coral Gables, FL 33134

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Angela E. Noble
Clerk of Court

SUMMONS

6/3/2020
DATE

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts