UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 20-22244-CV-MARTINEZ-BECERRA**

LEVY SIMON, *et al.*,

    Plaintiffs,

v.

CITY OF FLORIDA CITY, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Defendants' Motion to Tax Costs and Incorporated Memorandum of Law (the "Motion"), (ECF No. 43). (Order Reference, ECF No. 48.) Hence, Magistrate Judge Becerra filed the subject Report and Recommendation, which recommended that this Court deny the Motion, (ECF No. 43). (R&R, ECF No. 48, at 8.) Thereafter, Defendants timely filed their Objections to the Report and Recommendation. (ECF No. 49.)

This Court reviewed the entire file and record and made a de novo review of the Motion and issues that the objections to the Report and Recommendation, (ECF No. 49), present. The Court finds that the issues raised in Defendants' objection, (ECF No. 49), are already thoroughly addressed in Magistrate Judge Becerra's Report and Recommendation, (ECF No. 48). After careful consideration, it is

ADJUDGED that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 48), is AFFIRMED and ADOPTED. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, (ECF No. 43), is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of March, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record